UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION – JACKSON

| | |
|---|---|
| IN THE MATTER OF LONE STAR INDUSTRIES, INC. d/b/a BUZZI UNICEM USA AS OWNER and RIVER CEMENT SALES COMPANY d/b/a BUZZI UNICEM USA and BUZZI UNICEM USA INC. EACH AS OWNER PRO HAC VICE and/or OPERATOR OF THE DOCK BARGE CAPE HENRY CLAIMING EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.: 5:23-cv-00076<br><br>DISTRICT JUDGE STARRETT<br><br>MAGISTRATE JUDGE RATH |

### ORDER

THIS CAUSE coming on Order of Dismissal [4], the Court finds this case should be dismissed by Judgment Pursuant to Rule 59 and it is the judgment of this Court that this case is hereby DISMISSED without prejudice.

SO ORDERED this 8th day of February 2024.

_____
HONORABLE KEITH STARRETT
UNITED STATES DISTRICT COURT JUDGE